IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>VIP RESEARCH, INC., JOHN DOE,<br><br>    Defendants. | 8:13CV165<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The plaintiff's unopposed motion to amend, (Filing No. 25), to substitute "John Doe" with Journal Broadcast Group, Inc. as a named defendant is granted.

2) The plaintiff's amended complaint, a copy of which is attached to his motion, shall be filed on or before November 12, 2013, and the plaintiff shall promptly effectuate service on Journal Broadcast Group, Inc.

3) The clerk shall replace John Doe with Journal Broadcast Group, Inc. on the court's docket.

November 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge