IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL L. RICHARDSON, | ) | Case No. 8:13-cv-165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VIP RESEARCH, INC. and JOURNAL BROADCAST GROUP, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

The motion of Randall L. Goyette, Jarrod S. Boitnott, and the law firm of Baylor Evnen Curtiss Grimit & Witt for leave to withdraw as counsel for defendant VIP Research, Inc. (Filing No. 47), is granted, and such attorneys and the firm are hereby given leave to withdraw as counsel.

Dated this 31st day of January, 2014.

BY THE COURT:

_____
United States Magistrate

905124