IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. RICHARDSON, | |
| Plaintiff, | **8:13CV165** |
| vs. | |
| VIP RESEARCH, INC., JOHN DOE, JOURNAL BROADCAST GROUP, Inc.; | **ORDER** |
| Defendants. | |

As requested in the parties' motion, (filing no. 75), which is hereby granted, the progression schedule is amended as follows:

1)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 1, 2014.  Motions to compel Rule 33 through 36 discovery must be filed by December 15, 2014.

2)    The deposition deadline is December 1, 2014.

3)    The deadline for filing motions to dismiss and motions for summary judgment is December 15, 2014.  The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after October 13, 2014.

4)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 1, 2014.

5)    All other case progression deadlines remain in effect.

September 2, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge