IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. RICHARDSON,<br><br>        Plaintiff,<br><br>vs.<br><br>VIP RESEARCH, INC., JOHN DOE,<br>JOURNAL BROADCAST GROUP, Inc.;<br><br>        Defendants. | **8:13CV165**<br><br><br>**ORDER** |

As requested in the parties' stipulated motion, (filing no. 77), which is hereby granted,


IT IS ORDERED:

1)   Intervenor Richard D. Myers is a party as that term is used in the Stipulated Protective Order entered on October 7, 2013, (Filing No. 24), and shall have all the rights and obligations of a party set forth in that Protective Order, and shall be bound by the Protective Order as if he were a party to this action at the time said Order was entered.

2)   Plaintiffs have the right to provide Intervenor Richard D. Myers with access to and/or a copy of all confidential documents and information that Defendants have previously produced or provided, and Intervenor Richard D. Myers shall have all obligations with respect to any such confidential documents as Plaintiffs have under the Protective Order.


September 26, 2014

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge