IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VIP RESEARCH, INC., JOHN DOE, JOURNAL BROADCAST GROUP, Inc.;<br><br>　　　　　Defendants.<br><br>RICHARD D. MEYERS, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF DANIEL L. RICHARDSON,<br><br>　　　　　Intervenor,<br><br>　vs.<br><br>VIP RESEARCH, INC. and JOURNAL BROADCAST GROUP, INC.<br><br>　　　　　Defendants. | 8:13CV165<br><br>**ORDER** |

　　　The court has been advised that the claims of plaintiff Daniel L. Richardson have been settled, and subject to approval of the bankruptcy court, the claims of Richard D. Meyers, Chapter 7 Trustee of the Bankruptcy Estate of Daniel L. Richardson have also been settled.

　　　Accordingly,

　　　IT IS ORDERED that:

　　　(1)　On or before December 12, 2014, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the

court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The clerk shall terminate the pretrial and trial settings for this case.

Dated this 28th day of October, 2014

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge